# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-2985

———————————————

John M. Kurz,

*Plaintiff - Appellant,*

v.

United States of America,

*Defendant - Appellee.*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: August 18, 2020
Filed: August 21, 2020
[Unpublished]

——————————

Before COLLOTON, WOLLMAN, and BENTON, Circuit Judges.

——————————

PER CURIAM.

John Kurz appeals the district court's[1] dismissal, for lack of subject matter jurisdiction, of his suit seeking to enjoin the collection of his unpaid federal income

———————————

[1]The Honorable Charles A. Shaw, late a United States District Judge for the Eastern District of Missouri.

taxes. Having carefully reviewed the record and Kurz's arguments on appeal, we conclude the court did not err in dismissing the complaint. Kurz's challenges to the denials of his post-dismissal motions are not properly before this court because Kurz did not file a new or amended notice of appeal as to those orders, and we therefore decline to address them. *See* Fed. R. App. P. 4(a)(4)(B)(ii). Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny the pending appellate motions.

_____